IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MCS INDUSTRIES, INC.** | : CIVIL ACTION |
| | : |
| v. | : NO. 22-3436 |
| | : |
| **AT HOME STORES, LLC, et al.** | : |

### O R D E R

**AND NOW,** this 8th day of September, 2022, upon consideration of Plaintiff's Motion for a Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure and Defendants' response thereto as well as the parties' reply briefs and affidavits, and after hearing telephonic argument from counsel on September 1, 2022, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion [Doc. 5] is **DENIED.**

It is further **ORDERED** that the Plaintiff's motion for expedited discovery [Doc. 7] is **DENIED** without prejudice.

To the extent Plaintiff believes an expedited discovery schedule is still needed, the parties are **DIRECTED** to meet and confer and submit a joint discovery schedule to the Court within seven (7) days of this Order. If the parties cannot come to an agreement, the Court will rule on Plaintiff's motion to expedite discovery.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**